IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD WINNETT**  **PLAINTIFF**
ADC#139544

v.  CASE NO. 3:25-cv-00043-BSM

**DEXTER PAYNE,** *et al*,  **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 4] is adopted. Winnett is a three-striker under the Prison Litigation reform Act (PLRA) and may only proceed with a claim if he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). This case is dismissed without prejudice. Winnett's motion for copies [Doc. No. 5] is denied. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE