# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DONALD WINNETT**                                                               **PLAINTIFF**
ADC#139544

**v.**                              **CASE NO.  3:25-cv-00043-BSM**

**DEXTER PAYNE,** *et al,*                                                       **DEFENDANTS**


## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE